*July 6, 2017*

2017-Ohio-5723.]

**2017–0417. State ex rel. Lopez v. Summit Cty. Clerk of Courts.**
In Mandamus. Relator has not filed a merit brief, due June 29, 2017, in compliance with the Rules of

Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.